1  Kelly E. Nokes, *admitted pro hac vice*
   Montana Bar No. 39465862
2  Western Environmental Law Center
3  208 Paseo del Pueblo Sur, No. 602
   Taos, New Mexico 87571
4  Tel: 575-613-8051
5  nokes@westernlaw.org

6  Matthew K. Bishop, *admitted pro hac vice*
   Montana Bar No. 9968
7  Western Environmental Law Center
8  103 Reeder's Alley
   Helena, Montana 59603
9  Tel: 406-324-8011
10 bishop@westernlaw.org

11 *Counsel for Plaintiffs*

12

       **IN THE UNITED STATES DISTRICT COURT**
13          **FOR THE DISTRICT OF ARIZONA**

14

15   WildEarth Guardians, et al.,                    No. 4:19-CV-00441-CKJ

16           Plaintiffs,

17

           vs.
18

19   David Bernhardt, as Secretary of the        **STIPULATION AND JOINT**
     Department of the Interior, et al.,          **CASE MANAGEMENT PLAN**
20

21           Federal-Defendants.

22

23

24        In response to this Court's December 18, 2019 request, Plaintiffs and Federal-

25
   Defendants ("the Parties"), met and conferred and respectfully submit this Stipulation and
26

27 Joint Case Management Plan for resolution of this matter and state as follows:

28

                                            1

1. The Parties agree that this case is a civil action for declaratory and injuctive relief against Federal-Defendants brought under the Endangered Species Act ("ESA"), 16 U.S.C. § 1533 *et seq.*, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 706.

2. The Parties agree that this case can likely be resolved following the lodging of the administrative record (as outlined below) and through briefing on the merits (summary judgment) and without a trial. As such, this matter is exempt from preliminary pretrial statements, discovery plans, and related requirements unless otherwise ordered by the Court.

3. The Parties agree this case is not suitable for an alternative dispute resolution program such as arbitration, mediation, or judicial settlement conference. The Parties, however, agree to explore settlement in this matter informally, amongst themselves, and have allowed time in the schedule (outlined below) to accommodate such talks.

4. The Parties have met and conferred and propose the following schedule:

   a. Federal-Defendants will compile and lodge an administrative record with this Court on or before March 31, 2020. A complete and accurate copy of the administrative record and index will simultaneously be sent to Plaintiffs' counsel. The administrative record will be filed in an indexed and searchable electronic format on CDs or USB thumb-drives. After Federal-Defendants lodge the administrative record, the Parties will endeavor to resolve any outstanding issues and disputes regarding the content of the administrative record amongst themselves. Should this effort prove unsuccessful, Plaintiffs will have until May 29, 2020, to file any

motions seeking to complete or objecting to the contents of the administrative record, seeking to supplement the record with extra record documents, seeking to conduct discovery , and/or any combination of such motions. Federal-Defendants reserve the right to oppose any such motion(s) and affirmatively assert their position that discovery is not appropriate in cases such as this.

b.  The filing of any such motion(s) concerning the administrative record will automatically stay briefing on summary judgment pending resolution of any such motions. Within two weeks following an order on any such motion(s), the Parties will submit a new, proposed briefing schedule to this Court that includes specific deadlines for resolving this matter on cross-motions for summary judgment.

c.  If no motion(s) concerning the administrative record or seeking to conduct discovery are filed, Plaintifs shall file a motion for summary judgment and supporting memorandum by July 17, 2020 (limited to 30 pages). Federal-Defendants' response to Plaintiffs' motion for summary judgment and cross-motion for summary judgement and supporting memorandum shall be filed by August 21, 2020 (limited to 30 pages). Plaintiffs' joint response and reply to Federal-Defendants' cross-motion for summary judgment shall by filed by September 25, 2020 (limited to 15 pages). Federal-Defendants' reply to Plaintiffs' motion for summary judgment shall be filed by October 23, 2020 (limited to 15 pages).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Parties submit that the above schedule will facilitate the timely, efficient, and economical resolution of this civil action. Accordingly, good cause exists for granting this stipulation and joint motion and adopting the Parties' proposed schedule.

Respectfully submitted this 24th day of January, 2020.

/s/ *Kelly E. Nokes*
Kelly E. Nokes

*Counsel for Plaintiffs*

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Section Chief

/s/ *Davis A. Backer*
DAVIS A. BACKER
Trial Attorney (CO Bar No. 53502)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station. P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5243
Fax: (202) 305-0275
Email: Davis.backer@usdoj.gov

*Counsel for Federal-Defendants*