# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WildEarth Guardians, et al., | No. CV-19-00441-TUC-CKJ |
| Plaintiffs, | **ORDER** |
| v. | |
| David Bernhardt, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation and Joint Case Management Plan. (Doc. 32). The Court has reviewed the parties' Stipulation and finds that the parties have provided good cause. The Court will adopt the parties' Stipulation and proposed deadlines.

Accordingly, IT IS ORDERED:

1. Defendants will compile and lodge an administrative record with this Court on or before **March 31, 2020**. A complete and accurate copy of the administrative record and index will simultaneously be sent to Plaintiffs' counsel. The administrative record will be filed in an indexed and searchable electronic format on CDs or USB thumb-drives.

2. After Defendants lodge the administrative record, the Parties will endeavor to resolve any outstanding issues and disputes regarding the content of the administrative record amongst themselves. Should this effort prove unsuccessful, Plaintiffs will have until **May 29, 2020**, to file any motions seeking

to complete or objecting to the contents of the administrative record, seeking to supplement the record with extra record documents, seeking to conduct discovery, and/or any combination of such motions. Defendants reserve the right to oppose any such motion(s) and affirmatively assert their position that discovery is not appropriate in cases such as this.

3. The filing of any such motion(s) concerning the administrative record will automatically stay briefing on summary judgment pending resolution of any such motions. Within two weeks following an order on any such motion(s), the Parties will submit a new, proposed briefing schedule to this Court that includes specific deadlines for resolving this matter on cross-motions for summary judgment.

4. If no motion(s) concerning the administrative record or seeking to conduct discovery are filed, Plaintiffs shall file a motion for summary judgment and supporting memorandum by **July 17, 2020** (limited to 30 pages). Defendants' response to Plaintiffs' motion for summary judgment and cross-motion for summary judgement and supporting memorandum shall be filed by **August 21, 2020** (limited to 30 pages). Plaintiffs' joint response and reply to Defendants' cross-motion for summary judgment shall by filed by **September 25, 2020** (limited to 15 pages). Defendants' reply to Plaintiffs' motion for summary judgment shall be filed by **October 23, 2020** (limited to 15 pages).

Dated this 29th day of January, 2020.

_____
Honorable Cindy K. Jorgenson
United States District Judge